AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 19MJ05003 | Date and time warrant executed: NOVEMBER 26, 2019 | Copy of warrant and inventory left with: LAPD |
| Inventory made in the presence of: VIVIAN LEVARIO   SERIAL NO. V9977 |||

Inventory of the property taken and name of any person(s) seized:

SAMSUNG CELLULAR TELEPHONE
SEE ATTACHED

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/6/19

_Executing officer's signature_

KEVIN CURRIE   DETECTIVE / TFO
_Printed name and title_

| Job Number | Assigned To | Name | | Accepted By | Name |
|---|---|---|---|---|---|
| TID19-03711 | | | | V9977 | Levario, Vivian |

**Accepted Date**
11/26/2019

| Name | Ser # | Division | Dept Call Back | Cell |
|---|---|---|---|---|
| Prodigalidad, Marlon | 36339 | GND | 951-216-8758 | |

| DR# | Crime | Address | Crime Date |
|---|---|---|---|
| 190126104 | NONC | 530 Ramirez St | 11/21/2019 |

**Service Needed** — Cell Phone Exam
**Other Serivce**

### Appointment
| Date | Time | Location |
|---|---|---|
| | | CELL PHONE EXAM |

Business

| 1st Attempt | E-Mail 1st | 2nd Attempt | 3rd Attempt | E-Mail 3rd |
|---|---|---|---|---|
| | ☐ | | | ☐ |

Will Hold For

---

**Device Info** Authority to search: Search Warrant ▼  Total Devices:

| # | Manufacturer | Model | Usr/Pwd | SysTime | ActTime |
|---|---|---|---|---|---|
| 8530706 | SAMSUNG | | | | |

Version :  IP :  Capacity :
Frame Size :  FPS/Camera :  Data Requested :
Owner :  Sys Time Diff :
Notes

### Equipment Used/Narrative

Job Notes

**Review**
Asigned To  Name  Date

☐ **Picked Up By**
Serial #  Name  Date

### Work Summary

Control #  Media Numbers:
Completed By  Name  Date  Man Hrs

**Docs**
| # | Date | Time | Serial | Name | Attachment |
|---|---|---|---|---|---|